UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22779-MOORE/Elfenbein

**HASSAN DORSAINVIL**,

    Plaintiff,

v.

**THE EDEN ROC HOTEL,** *et al.*,

    Defendants.

_____/

**REPORT AND RECOMMENDATION
ON REQUEST FOR VOLUNTEER COUNSEL**

**THIS CAUSE** is before the Court following the referral of this action from the Honorable K. Michael Moore to me "to take all necessary and proper action as required by law regarding all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters." *See* ECF No. [6]. *Pro se* Plaintiff Hassan Dorsainvil has filed a request for volunteer counsel. *See* ECF No. [3]. A district court has discretion to grant a civil litigant's request for the appointment of volunteer counsel if there are exceptional circumstances, such as where the legal and factual issues of the action are so complicated as to require the assistance of a lawyer. *See Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992).

This is an employment discrimination action, *see generally* ECF No. [1], which can involve complexities in understanding the law. As a result, the Court **RECOMMENDS** that this matter be referred to the Court's Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis if so desired. The Clerk of Court will obtain a description of the case and Plaintiff's contact information to post on the Court's website of available *pro bono* cases seeking volunteer lawyers. If the representation is accepted, the volunteer attorney shall

CASE NO. 24-CV-22779-MOORE/Elfenbein

enter an appearance in the case and thereafter will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel.

Accordingly, I respectfully **RECOMMEND** that Plaintiff's request for volunteer counsel be **GRANTED**.

Pursuant to Local Magistrate Rule 4(b), the Parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable K. Michael Moore, United States District Judge. Failure to timely file objections shall bar the Parties from a *de novo* determination by the District Judge of an issue covered in the Report and shall bar the Parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report except upon grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1.

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida on July 24, 2024.

_____
**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc:

All Counsel of Record

Hassan Dorsainvil
11520 NE 6th Avenue, Apt 8
Miami, FL 33161
PRO SE