UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-22779-KMM

HASSAN DORSAINVIL,

    Plaintiff,
v.

THE EDEN ROC HOTEL and
DAVIDSON HOSPITALITY GROUP,

    Defendants.
_____/

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Plaintiff's Motion for Referral to Volunteer Attorney Program. ("Mot.") (ECF No. 3). The Court referred the matter to the Honorable Marty Fulgueira Elfenbein, United States Magistrate Judge, who issued a Report and Recommendation recommending that the Motion be GRANTED. ("R&R") (ECF No. 9). Neither party filed objections and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). As set forth in the R&R, Magistrate Judge Elfenbein finds that this employment discrimination action can potentially involve complexities in understanding the law. R&R at 1. Therefore, Magistrate Judge Elfenbein recommends that Plaintiff's Motion for Referral to Volunteer Attorney Program should be granted, where a volunteer attorney may accept representation of Plaintiff on a *pro bono* basis. *Id.* This Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. Magistrate Judge Elfenbein's Report and Recommendation (ECF No. 9) is ADOPTED;

2. Plaintiff's Motion for Referral to Volunteer Attorney Program (ECF No. 3) is GRANTED;

3. This case is REFERRED to the Court's Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis if so desired;

4. The Clerk of Court is DIRECTED to obtain a description of the case and contact information from the case file to post on the Court's website of available *pro bono* cases seeking volunteer lawyers, and to make a notation on the docket reflecting the same;

5. If the representation is accepted, the volunteer attorney shall enter an appearance in the case and thereafter will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel.

DONE AND ORDERED in Chambers at Miami, Florida, this __8th__ day of August, 2024.

K. MICHAEL MOORE  
UNITED STATES DISTRICT JUDGE

c: All counsel of record

Hassan Dorsainvil  
11520 NE 6th Avenue, Apt 8  
Miami, FL 33161  
PRO SE